
*160103*



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

**Certificate of Resignation of Officer, Director, Manager, Member, General Partner, Trustee or Subscriber**

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20150572891-10 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 12/28/2015 11:46 AM |
| State of Nevada | Entity Number |
| | E0445932011-5 |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Resignation of Officer, Director, Manager, Member, General Partner, Trustee or Subscriber

1. The name and title(s) of person that desires to resign:*

   Name: BALDEMAR P. RIOS

   Title(s): Officer/Director/President

2. The name and file number of the entity for which resignation is being made:

   Name of Entity: CHIMERA ENERGY CORPORATION

   File Number: E0445932011-5

3. Signature:

   X _____
   Authorized Signature

* Resignation of one person from one entity per form.

**FILING FEE: $75.00 PER FORM**

This form must be accompanied by appropriate fees.

Government Exhibit
3608-c
4:16-cr-00408

Nevada Secretary of State Officer Resignation
Revised: 1-5-15