United States District Court
Southern District of Texas
**ENTERED**
February 01, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CRIMINAL ACTION NO. H-16-408-3 |
| EDDIE DOUGLAS AUSTIN, JR., | § § | |
| Defendant. | § § | |

**ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT**

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Eddie Douglas Austin, Jr. and find him guilty of Count 1 of the Criminal Information charging him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 371. No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Eddie Douglas Austin, Jr., is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

The defendant, Eddie Douglas Austin, Jr., is **GUILTY** of the offense of Count 1 of the Criminal Information charging him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 371.

SIGNED on February 1, 2019, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge