United States District Court
Southern District of Texas
**ENTERED**
March 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:16-CR-408 |
| EDDIE DOUGLAS AUSTIN, JR. | |

### ORDER IMPOSING MONEY JUDGMENT

Defendant Eddie Douglas Austin, Jr. pleaded guilty to Count One of the Information, admitting to engaging in a conspiracy to commit wire fraud in violation of 18 U.S.C. § 371.

The United States provided notice to the Defendant in the Information against him that pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to the offense; and that the United States would seek a money judgment.

The Defendant agreed in the Plea Agreement that he obtained at least $3,400,000.00 from the criminal offense and that the factual basis of the guilty plea supports the forfeiture of $3,400,000.00. The Defendant agreed to the imposition of a personal money judgment in that amount, and the Defendant consented, in accordance with Federal Rule of Criminal Procedure 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1.   That Defendant Eddie Douglas Austin, Jr. shall forfeit $3,400,000.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2.      That pursuant to Federal Rule of Criminal Procedure 32.2(e), the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with 21 U.S.C. § 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed on ___March 8, 2019___, at Houston, Texas.

*[signature]*
Vanessa D. Gilmore
United States District Judge