United States District Court
Southern District of Texas
**ENTERED**
April 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| VS. | § CRIMINAL ACTION NO. 4:16-CR-408-03, 04 |
| EDDIE DOUGLAS AUSTIN (3)<br>CAROLYN PRICE AUSTIN (4) | § |
| Defendants. | § |

### ORDER RESETTING SENTENCINGS

At the request of the Probation Office, the Sentencings of the defendants are hereby reset:

1. The Pre-Sentence Report (PSR) will be disclosed to counsel by June 28, 2019.

2. Counsel will file objections or a statement or no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days before Sentencing.

4. The Sentencings will be held:

    Date:  October 21, 2019

    Time:  9:30 a.m.

SIGNED at Houston, Texas, this 24th day of April, 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE