United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. H-16-408 |
| ANDREW IAN FARMER | |

## PRELIMINARY ORDER OF FORFEITURE

Defendant Andrew Ian Farmer pleaded guilty to Counts One and Two of the Information, admitting to engaging in conspiracy to commit wire fraud and securities fraud, in violation of 18 U.S.C. § 371; and admitting to engaging in securities fraud in violation of 15 U.S.C. §§77q(a).

The United States provided notice to the Defendant in the Information that pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to the offense charged in Count One; and that the United States would seek a money judgment.

The Defendant agreed in the Plea Agreement that he obtained at least $6,000,000.00 from the criminal offense and that the factual basis of the guilty plea supports the forfeiture of $6,000,000.00. The Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant also stipulated and agreed in his Plea Agreement that the funds on deposit in the two financial accounts listed in this Order constitute or are traceable to fraud proceeds and are thus subject to forfeiture.

Pursuant to FED.R.CRIM.P. 32.2(b)(1), the Court finds that based on the record and the evidence in this case, the requisite nexus has been established between Defendant's violations as charged in Count One of the Information and the property listed in this Preliminary Order of Forfeiture.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Andrew Ian Farmer shall forfeit $6,000,000.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. That the following property is forfeited to the United States:

   a. Funds on deposit in a Bank of Cyprus Account held in the name of Tuverga Finance Ltd., with an account number ending in 3176.

   b. Funds on deposit in a Hellenic Bank Account held in the name of Tuverga Finance Ltd., with an account number ending in 8701.

3. That the United States shall publish notice of this Preliminary Order of Forfeiture and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than the defendants, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

4. That pursuant to Federal Rule of Criminal Procedure 32.2(e), the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with 21 U.S.C. § 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed ___Sept. 17___, 2019, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge