United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:16-CR-408-04** |
| **v.** | § | |
| | § | **JUDGE VANESSA GILMORE** |
| **CAROLYN AUSTIN** *and* | § | |
| **EDDIE AUSTIN** | § | |

### ORDER

The sentencing hearings for Carolyn Austin and Eddie Austin will be held at __9:30 am__

~~a.m. p.m.~~   on April 13, 2020.

Signed on __N₀ᴠ. 25__ , 2019.

Vanessa Gilmore
United States District Judge