UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CASE NO. 4:16-CR-408** |
| § | |
| **SCOTT RUSSELL SIECK,** § | |
| **Defendant** § | |

## ORDER

CAME ON THIS DAY and the court having before it Counsel's unopposed motion to withdraw and having considered it,

It is ORDERED that Charley A. Davidson and the firm of Hanszen Laporte shall be permitted to immediately withdraw as counsel for Scott Russell Sieck.

DONE in Houston, Texas this _____ day of January 2020.

HONORABLE VANESSA D. GILMORE