United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:16-CR-408 |
| ANDREW IAN FARMER, et al. | |

ORDER

Pending before the Court is the United States' motion for alternative victim notification,

IT IS HEREBY ORDERED that the motion is GRANTED.

Signed on __Feb. 3__, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge