United States District Court
Southern District of Texas

**ENTERED**

March 21, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:16-CR-00408 |
| | § | (HON. VANESSA D. GILMORE) |
| EDDIE DOUGLAS AUSTIN, JR. | § | |
| and CAROLYN AUSTIN | § | |

## ORDER

On Defendants Carolyn Austin's and Eddie Austin's Sealed Unopposed Joint Motion to Continue Sentencing, the Court ORDERS it be GRANTED and that the sentencing hearings for Carolyn Austin and Eddie Austin be continued to __September 8____, 2020, at 9:30 am.

Signed at Houston, Texas on March 20th____, 2020.

_____
VANESSA GILMORE
United States District Court Judge