| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Robert Eric Reed | 2. PHONE NUMBER<br>(713) 600-1800 | 3. DATE<br>11/16/2021 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>912 Prairie Street, Suite 100 | 5. CITY<br>Houston | 6. STATE<br>TX | 7. ZIP CODE<br>77002 |
| 8. CASE NUMBER<br>4:16-cr-00408 | 9. JUDGE<br>Judge Vanessa D. Gilmore | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/15/2021 | 11. TO 11/15/2021 |
| 12. CASE NAME<br>USA v. Farmer et al - Defendant Scott Russell Sieck | LOCATION OF PROCEEDINGS | | |
| | 13. CITY Houston | 14. STATE TX | |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 11/15/2021 | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE *[signed]* | PROCESSED BY |
|---|---|
| 19. DATE<br>11/16/2021 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY<br>Court Reporter: Gayle Dye | COURT ADDRESS |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY