# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case Number: 4:16–cr–00408

Eddie Douglas Austin, Jr

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Eddie Douglas Austin, Jr as set forth below.**

**Before the Honorable Vanessa D Gilmore**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/6/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Re–Sentencing

Date: November 30, 2021                                                     Nathan Ochsner, Clerk