United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:16-CR-408 |
| EDDIE DOUGLAS AUSTIN, JR. | |

### ORDER

Pending before the Court is the United States' motion to dismiss the remaining counts of the Indictment. Having considered the Motion,

IT IS ORDERED that the United States' motion is GRANTED. The following charges against Eddie Douglas Austin, Jr. are DISMISSED:

1.  First Superseding Indictment (docket no. 86), counts 1, 9-17 against Eddie Douglas Austin, Jr.;

2.  Second Superseding Indictment (docket no. 163), counts 1, 9-17 against Eddie Douglas Austin, Jr.; and

3.  Third Superseding Indictment (docket no. 174), counts 1, 9-17 against Eddie Douglas Austin, Jr.

Signed  DEC 6, 2021 .

Vanessa D. Gilmore
United States District Judge