UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case 4:16−cr−00408 |
| | § | |
| Andrew Ian Farmer, et al. | § | |

# Notice of Reassignment

　　Pursuant to Special Order 2021−19, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: December 9, 2021

Nathan Ochsner, Clerk