United States District Court
Southern District of Texas
**ENTERED**
February 10, 2022
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA § SOUTHERN DISTRICT OF TEXAS
§ HOUSTON DIVISION
§
§
Versus §
§
§
**EDDIE DOUGLAS AUSTIN, JR.** CRIMINAL CASE: **4:16CR408-3**

## ORDER TO SURRENDER

The defendant, **EDDIE DOUGLAS AUSTIN, JR. #25475-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Friday, March 11, 2022** by 2:00 pm to:

FMC FORT WORTH
3150 HORTON ROAD
FORT WORTH, TX 76119
817-534-8400

Signed on _____February 10_____, 2022

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE