United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* | § | |
| Plaintiffs | § | CRIMINAL ACTION NO. 4:16-CR-00408 |
| | § | |
| ANDREW FARMER, et al., | § | |

## **ORDER**

Pending before the Court is a Motion for Restitution Modification by Victim Hazim A. Abdul-Resoul (Dkt.694). After reviewing the motion and the entire briefing, the motion is **DENIED**.

SIGNED at Houston, Texas on March 13, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE